**[J-6-2014]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| IN RE: THOMAS M. NOCELLA, JUDGE OF THE PHILADELPHIA COUNTY COURT OF COMMON PLEAS | : No. 35 EAP 2013 |
| | : |
| | : Appeal from the Order of the Court of Judicial Discipline at No. 7 JD 2012, Dated August 5, 2013 |
| | : |
| | : |
| APPEAL OF: THOMAS M. NOCELLA | : ARGUED: March 11, 2014 |

**ORDER**

**PER CURIAM**

    **AND NOW,** this 30th day of October, 2014, the Order of the Court of Judicial Discipline is hereby **AFFIRMED**.

    Former Justice McCaffery did not participate in the consideration or decision of this case.